UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAUL DOUGLAS BRIGGS,

    Defendant.

                           /

Hon. Phillip J. Green

Case No. 1:22-mj-00279

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by Criminal Complaint. Count 1 charges him with possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1); count 2 charges defendant with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(C); and count 3 charges him with being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g). Given that defendant waived a preliminary hearing, and the nature of the charges in counts 1 and 3, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1) and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on June 22, 2022, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the statutory presumption of detention as to significant risk of non-appearance, but not as to danger to the community. The Court alternatively finds, as explained on the record, that the government has met its burden by clear and convincing evidence that he poses a danger to the community. The Court further finds that there is no condition or combination of conditions that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on June 23, 2022.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge